# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VASANTH GERALD SIMON,** | : | **CIVIL ACTION** |
| | : | **NO. 21-0552** |
| **Plaintiff,** | : | |
| v. | : | |
| | : | |
| **PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY (PHEAA),** | : | |
| | : | |
| **Defendant,** | : | |

## ORDER

**AND NOW**, this **15th** day of **October 2021**, upon consideration of Defendant's Motion to Dismiss (ECF No. 7), it is hereby **ORDERED** that the Motion (ECF No. 7) is **GRANTED**.

It is **FURTHER ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED** without prejudice.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**